# MEMORANDUM DECISIONS

CANGEN v. CRAMER et al. (Circuit Court of Appeals, Second Circuit. June 23, 1917.) No. 255. Appeal from District Court of the United States for the Eastern District of New York. William E. Warland, of New York City, for appellant. James R. Hodder, of Boston, Mass., for appellees. Before COXE, WARD, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.

ECKERSON et al. v. TANNEY et al. (Circuit Court of Appeals, Second Circuit. June 6, 1917.) No. 264. Appeal from the District Court of the United States, for the Southern District of New York. Blauvelt & Warren, of New York City (George A. Blauvelt, Francis J. MacIntyre, and Maurice J. O'Callaghan, all of New York City, of counsel), for appellants. Servin & Cox, of Middletown, N. Y. (Abram J. Rose, of New York City, and Abram F. Servin, of Middletown, N. Y., of counsel), for appellees. Before COXE, WARD, and HOUGH, Circuit Judges.

PER CURIAM. Decree (235 Fed. 415) affirmed.

KLINE BROS. & CO. v. LONDON & LANCASHIRE INS. CO. (Circuit Court of Appeals, Second Circuit. May 8, 1917.) No. 237. In Error to the District Court of the United States for the Southern District of New York. Erwin, Fried & Czaki, of New York City, for plaintiffs in error. Hartwell Cabell, of New York City, for defendant in error. Before COXE, WARD, and HOUGH, Circuit Judges.

PER CURIAM. Submitted without argument. Judgment affirmed.

THE PLINY FISK. (Circuit Court of Appeals, Second Circuit. June 6, 1917.) No. 236. Appeal from the District Court of the United States for the Southern District of New York. Carpenter & Park, now Park & Mattison, of New York City (Samuel Park, of New York City, of counsel), for The Pliny Fisk. Macklin, Brown & Purdy, of New York City (Pierre M. Brown and Frank J. Whitcomb, both of New York City, of counsel), for claimants. Before COXE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. Decree affirmed.

PRINCE v. HARTMANN. (Circuit Court of Appeals, Second Circuit. March 13, 1917.) No. 212. Appeal from the District Court of the United States for the Southern District of New York. Alfred B. Nathan, of New York City (Sidney J. Loeb, of New York City, of counsel), for appellant. Edward Fillmore, of New York City, for appellee. Before COXE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. Decree affirmed.